UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In re Joyner, Dovie E.   Case No. 10-31360

Chapter 13

Debtor(s)

UNITED STATES BANKRUPTCY COURT
WESTERN DIVISION
RECEIVED
NOV 0 3 2014
JED G. WEINTRAUB
CLERK OF COURT
WESTERN DISTRICT OF TENN.

## PRO SE MOTION FOR PAYMENT OF UNCLAIMED FUNDS

It appears to the Court that the following movant-claimant ("claimant") asserts entitlement to certain monies that have been paid over to the Clerk of the United States Bankruptcy Court as unclaimed funds in the amount of $ 3,029.35

Claimant's Name: Maxine Marshall
(Name) (Please Print)

Claimant's Address: 396 Harris St
(Street address) (Please Print)

Collierville, Tn 38017
(City, State, and Zip Code) (Please Print)

*** Claimant must attach copy of official government photo ID or social security card***
to this motion.

The movant-claimant certifies, under penalty of perjury, that he/she is entitled to receive the requested funds based upon (check the box(es) that apply):

☐ The claimant is the owner of said funds and appears as the owner on the records of the Court. **(Claimant does not need to appear unless a notice of hearing is issued.)**

☐ The claimant is seeking to claim funds deposited in the name of another individual or business or corporation, as evidenced by the attached Affidavit and other identifying documents. **(Claimant must appear on court date.)**

☐ The claimant is the personal representative of the owner's estate or the sole heir of the owner who is deceased, as evidenced by the attached Affidavit and other identifying documents. **(Claimant must appear on court date.)**

☐ The claimant is the assignee or successor-in-interest of the owner's claim to said funds, as evidenced by the attached Affidavit or Assignment of Right. **(Claimant must appear on court date.)**

This motion is submitted with the necessary documents to prove claimant's identity and status, and the owner's claim of entitlement. (Documents may include power of attorney, formal

1

assignment, letter of appointment, court order, death certificate, probate documents, drivers license, social security card, proof of rights to claim, etc.)

The claimant also certifies that a reasonable investigation has been conducted. The funds have not been previously paid; are not in dispute; no other motion is pending for recovery of funds; and claimant/owner is entitled to funds or has the authority to collect the funds as evidenced by proper attachments.

Claimant requests that the Court enter an Order directing payment of the unclaimed funds described above to the claimant in accordance with the documents submitted in support of the application.

_Marline Marshall_
Claimant's signature

_396 Harris St_
Address

_Collinville, TN 38017_
City, State, Zip Code

_901-406-2340_
Telephone number (including area code)

_10-26-14_
Date

*** This motion may be continued from time to time by oral announcement made in open court. The Court will prepare the order granting or denying the motion after the hearing date. Checks typically will be processed and mailed to claimant at the above address within six to eight weeks after the hearing.