**Dated: March 20, 2015**
**The following is SO ORDERED:**

_____
George W. Emerson, Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
_____

In re

DOVIE ELIZABETH JOYNER,        Case No. 10-31360-GWE

Debtor(s).        Chapter 13
_____

**ORDER DENYING PRO SE MOTION FOR PAYMENT OF UNCLAIMED FUNDS**
_____

This matter came before the Court on the pro se motion for payment of unclaimed funds filed by Maxine Marshall in the above Chapter 13 Case. Based on the movant's failure to appear and prosecute the motion, the Court finds that the motion should be **DENIED**. **IT IS SO ORDERED.**

cc:    Maxine Marshall
       Debtor's attorney
       Chapter 13 Trustee
       U.S. Trustee